This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.

**CENTEX CONSTRUCTION COMPANY, INC.,**
Appellant,

v.

**Francis J. HARVEY, Secretary of the Army, Appellee.**

No. 04–1190.

United States Court of Appeals, Federal Circuit.

Feb. 15, 2005.

Before BRYSON, GAJARSA, and LINN, Circuit Judges.

Judgment

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R.36

**Mary M. HOFF, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT,**
Respondent.

No. 04–3158.

United States Court of Appeals, Federal Circuit.

Feb. 18, 2005.

Before RADER, Circuit Judge, PLAGER, Senior Circuit Judge, and DYK, Circuit Judge.

JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered it is ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.